398

John VOLZ, Petitioner

v.

FIRST JUDICIAL DISTRICT, Court
of Common Pleas, Respondent

No. 170 EM 2016

Supreme Court of Pennsylvania.

November 30, 2016

## ORDER

PER CURIAM

AND NOW, this 30th day of November,
2016, the Application for Leave to File
Original Process is **GRANTED**, and the
Petition for Writ of Mandamus is **DE-
NIED**.

Philip M. NICOLO

v.

Crystal JONES and Occupants

Petition of: Robert Lee Love

No. 200 EM 2016

Supreme Court of Pennsylvania.

November 30, 2016

## ORDER

PER CURIAM

AND NOW, this 30th day of November
2016, Emergency Motion for Stay of Evic-
tion is **DENIED**.

Mary J. CHURLICK, Executrix of
The Estate of Mary J. Yohn,
Deceased, Respondent

v.

MANOR CARE OF CARLISLE PA,
LLC, d/b/a, Manorcare Health Service,
Carlisle, and HCR Manor Care, Incl,
Manorcare Inc., HCR Healthcare
LLC, HCR Healthcare II, III, and IV,
LLC, Petitioners

No. 506 MAL 2016

Supreme Court of Pennsylvania.

DECIDED: December 1, 2016

## ORDER

PER CURIAM

AND NOW, this 1st day of December,
2016, the Petition for Allowance of Ap-
peal is **GRANTED**, the order of the Su-
perior Court is **VACATED**, and the case
is **REMANDED** to the Superior Court
for further proceedings consistent with
our holding in Taylor v. Extendicare
Health Facilities, Inc., 147 A.3d 490, 2016
WL 5630669 (2016).